# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. PETERS, a California citizen,<br><br>Defendant.<br><br>DAVID M. PETERS, a California citizen,<br><br>Defendant and Third-Party Plaintiff,<br><br>v.<br><br>MICHAEL D. BRESLAUER, et al.<br><br>Third-Party Defendants. | Case No.: 3:21-cv-1692 W (WVG)<br><br>**ORDER GRANTING THIRD-PARTY DEFENDANTS' MOTION TO DISMISS THIRD-PARTY PLAINTIFF'S COMPLAINT WITHOUT LEAVE TO AMEND [DOC. 11]** |

Pending before the Court is Third-Party Defendants Michael D. Breslauer and Solomon Ward Seidenwurm & Smith, LLP's (collectively, "Third-Party Defendants") Motion to Dismiss Third-Party Plaintiff David M. Peters' Third-Party Complaint. (*Mot.*

1

[Doc. 11].)[1]  Third-Party Defendants argue that Peters' Complaint should be dismissed for three reasons: (1) for failing to state a claim under Federal Rule of Civil Procedure 12(b)(6); (2) because the Complaint is subject to absolute quasi-judicial immunity; and (3) because the Complaint is subject to California's anti-SLAPP statute.  (*Id.* at 2.)  Peters filed an Opposition to the Motion to Dismiss but only addressed Third-Party Defendants' anti-SLAPP argument.  (*Opp'n* [Doc. 29].)  Having failed to oppose Third-Party Defendants' first two grounds for dismissal, Peters concedes that his Complaint fails to state a claim under Rule 12(b)(6) and that his Complaint is subject to judicial immunity.  See Marziano v. Cnty. of Marin, 2010 WL 3895528, at *4 (N.D. Cal. Oct. 4, 2010) (ruling that plaintiff's failure to oppose defendant's argument amounts to a concession that the claim should be dismissed); Hall v. Mortgage Investors Grp., 2011 WL 4374995, at *5 (E.D. Cal. Sept. 19, 2011) (failing to oppose an argument concedes the truth of the argument); In re Univ. of S. Cal. Tuition and Fees COVID-19 Refund Litig., 2021 WL 3560783, at *7 (C.D. Cal. Aug. 6, 2021) (finding same).

　　　　Accordingly, the Court **GRANTS** Third-Party Defendants' Motion to Dismiss **WITHOUT LEAVE TO AMEND**.  [Doc. 11].  Third-Party Defendants' request to strike Peters' Complaint on anti-SLAPP grounds is **DISMISSED AS MOOT**.

　　　　**IT IS SO ORDERED**.

Dated:  April 13, 2022

_____
Hon. Thomas J. Whelan
United States District Judge

---

[1] The Court decides the matter on the papers submitted and without oral argument.  See Civ. L.R. 7.1(d)(1).