# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY,<br><br>                      Plaintiff,<br><br>v.<br><br>DAVID M. PETERS,<br><br>                      Defendant. | Case No.:  21-CV-1692 W (DDL)<br><br>**ORDER DISMISSING CASE** |

      Plaintiff New York Marine and General Insurance Company filed this lawsuit on September 29, 2021.  (*See Compl.* [Doc. 1].)  Defendant David M. Peters answered the Complaint and filed a Third-Party Complaint against Third-Party Defendants Michael D. Breslauer and Solomon Ward Seidenwurm & Smith LLP.  (*See Answer* [Doc. 6]; *Third Party Compl.* [Doc. 7].)  Following a brief stay, on April 13, 2022, this Court granted Third-Party Defendants' motion to dismiss.  (*See MTD Order* [Doc. 35].[1])  The docket reflects that there has been no further action in this case since April 13, 2022.

---

[1] The case was stayed because Peters filed for bankruptcy.  His bankruptcy case was dismissed on March 3, 2022.  (*See Notice of Order Dismissing Peters' Bankruptcy Case* [Doc. 27] Ex. 1.)

Local Rule 41.1 provides that cases with no activity for a period exceeding 180 days may be dismissed by the Court.  Because the docket demonstrates that no action has taken place in this case for more than 6 months, on April 10, 2023 this Court issued an Order to Show Cause (the "OSC" [Doc. 38]) why this case should not be dismissed for failure to prosecute under Local Rule 41.1.  The OSC required Plaintiff to respond on or before **April 24, 2023** and warned that "[f]ailure to file a written response will result in the dismissal without prejudice of Defendant." (*OSC* at 2:3–5.)

To date, Plaintiff has not filed a response to the OSC, nor has Plaintiff filed a request for an extension of time in which to do so.  Additionally, the docket continues to reflect that there has been no activity for more than six months.  Accordingly, the Court **DISMISSES** the case **WITHOUT PREJUDICE**.

**IT IS SO ORDERED**

Dated:  July 12, 2023

_____
Hon. Thomas J. Whelan
United States District Judge